UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Coleen Powers,

        Appellant,

                              Civ. No. 07-2805 (RHK)
                              **ORDER**

v.

Mesaba Aviation, Inc., d/b/a Mesaba
Airlines,

        Appellee.

---

      In this action, Coleen Powers, proceeding *pro se*, has appealed two Orders of the Bankruptcy Court disallowing her claim in Mesaba Aviation, Inc., d/b/a Mesaba Airlines's Chapter 11 bankruptcy case. Mesaba has moved to dismiss this appeal as untimely. Via e-mail, Powers has submitted several documents in response to Mesaba's Motion, but she has not properly filed those documents with the Clerk of the Court pursuant to Rule 5 of the Federal Rules of Civil Procedure and the Local Rules of this Court.

      Accordingly, **IT IS ORDERED** as follows:

      1.      On or before **July 20, 2007**, Powers shall serve and file a response to Mesaba's Motion to Dismiss her appeal, in accordance with Federal Rule of Civil Procedure 5 and the Local Rules of the United States District Court for the District of Minnesota. (The Local Rules are available on the Court's

website: http://www.mnd.uscourts.gov) **Failure to comply with this deadline may result in dismissal of the appeal for failure to prosecute**;[1]

2. Mesaba shall serve and file a reply, if any, on or before July 27, 2007;

3. If the Court deems oral argument appropriate on Mesaba's Motion, it will so advise the parties after the Motion has been fully briefed;

4. Briefing on the merits of Powers's appeal – that is, submission of appellant/appellee briefs, the record on appeal, etc. – is **STAYED** pending resolution of the Motion to Dismiss; and

5. Powers's request to consolidate this appeal with her appeals of two other Orders of the Bankruptcy Court, which are pending before the 8th Circuit Bankruptcy Appellate Panel, is **DENIED**, as this Court lacks jurisdiction over those other appeals.

Dated: July 12, 2007                                    s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge

---

[1] Powers has e-mailed to the Court (and to counsel for Mesaba) a "partial response" to the Motion. Powers may incorporate the arguments contained therein into in her "full" response so as to avoid needlessly repeating those arguments. Powers is advised that all future documents submitted to the Court must be appropriately filed, rather than e-mailed to the Court's chambers e-mail address.