# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Coleen Powers,

                Appellant,

                              Civ. No. 07-2805 (RHK)
                              **ORDER**

v.

Mesaba Aviation, Inc., d/b/a Mesaba
Airlines,

                Appellee.

---

      This matter is before the Court *sua sponte*. On August 13, 2007, Appellant Coleen Powers submitted to the Court several documents, including among other things a request for reconsideration of the Court's Orders dated July 12, 2007 (Doc. No. 7) and August 11, 2007 (Doc. No. 11). The Court perceiving no basis to reconsider its prior Orders, **IT IS ORDERED** that Powers's request for reconsideration is **DENIED.**

Dated: August 15, 2007                                s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                  United States District Judge